JAMES WELLING, et al., vs. ALLEN S. SWEET and MATTHEW C. HOES, imp'd with RICHARD H. HOES.

All the defendants must join in a motion to change the venue, otherwise they must show a reason why all do not join.

*Motion by defendants Sweet and Matthew C. Hoes, to change the venue from the county of Rensselaer to the city and county of New York.*—The affidavit upon which the motion was founded was signed and sworn to by two defendants, to wit : Allen S. Sweet and Matthew C. Hoes.   There was no reason stated in it why the other defendant did not join in making the motion.

> H. C. VAN VORST, *Defts Counsel.*        ALEX'R S. ROWLEY, *Defts Atty.*
> C. M. JENKINS, *Plffs Counsel.*        I. W. FAIRFIELD, *Plffs Attys.*

BRONSON, Chief Justice.—Denied the motion on the ground that no reason was shown by the papers, why all the defendants did not join in the motion.   By the practice of this court, a motion to change the venue can only be made by all the defendants, unless a good reason is shown for their not joining in the motion—such as one of them has suffered a default, &c.

*Decision.*—Motion denied with costs.